United States District Court
Middle District of North Carolina
Case no 1:24-cv-00588-CCE-JEP

FILED
DEC - 2 2025
Clerk U.S. District Court
Greensboro, NC
BY [illegible]

Tim C Blanks prose # 1672948
plaintiff

v.

SGT Capel et al;
Defendants

Plaintiffs motion For Statements of Undisputed Facts

STATEMENT of UNDISPUTED FACTS

Pursuant to local Rule of this Honorable, Equitable Courts Civil Rules. The Plaintiff prose, submitts the following list of Undisputed facts that entitle him to Summary Judgment on his Claim of Eighth Amendment Violation cruel and unusal punishment.

1) the Plaintiff was charged by prison officials with the serious disciplinary offenses of threatening staff and refusing a direct order.

2) As a result of disciplinary offense, Plaintiff Blanks was counseled due to, "never had a write up over two years."

3) Plaintiff filed a grievance in connection with the events that occurred at Scotland Correctional on 2-6-24 at 10:00pm.

4) Plaintiff Blanks exhausted his grievance procedure up to Step 3 Finding and Disposition order

5) Grievance examiner encouraged Plaintiff to contact the police about pressing criminal charges against all involved (see Clerk of Court for Exhibits E page 3 of 3, last paragraph).

6) Plaintiff was handcuffed and placed inside a locked holding cell and was sprayed at waist level (see Clerk of Court for Exhibit 2 of 4).

7) Jessica Ricker confirms, Plaintiff Blanks was sprayed at waist level in Charlene Caple dismissal letter (see Clerk of Court for Exhibit J page 5 of 9, first paragraph).

8) Jessica Ricker stated in Charlene Caples that she said, "I'm not sure if I can spray him, but you're three sergeants, you (Caple) decide" (see Clerk of Court for Exhibit J pages 4-5 of 9).

9) Charlene Caple admitted in her admissions that Jessica Ricker did not say, I'm not sure If I can spray him, but you're three sergeants, you (Caple) decide (see Exhibit T page 5 of 6 # 23).

10) Angela Sessoms placed Plaintiff Blanks in Restrictive Housing and missed a important Hiset test in which he prepared so hard for and failed to take that test see "Clerk of Court" for (Exhibit T page 5 of 6 # 28, Exhibit U page 7 of 8 # 22)

11) Jessica Rodler pulled her spray can first in a threat to spray a fully restrained, non threatening Offender, that was helpless, and doomed.

12) When Jessica Ridler pulled her spray can first, all officers failed to protect a helpless, fully restrained Offender from Caple's attack also. (See Clerk of Court for Exhibit J page 4 of 9. # Case 22839).

13) Charlene Caple told Whitney Revels that she did not know why she sprayed Offender Blanks (See Clerk of Court for Exhibit J page 4 of 9 case # 22839).

14) Charlene Caple was fired for her misconduct over Plaintiff Tim Caesar Blanks # (1672948) and offender Cornclious Barnes (# 0563279) (See Clerk of Court for Exhibit J page 1 of 9).

15) Charlene Caple showed up for Offenders Barnes interview incident, but she did not show for the case pertaining Plaintiff Blanks interview (See Clerk of Court for Exhibit J pages 1-9).

16) All officers stated in Charlene Caples dismissal letter that the use of force was unauthorized and Plaintiff Blanks did not pose a threat to himself, staff or other prisoners and property

(see Clerk of Court for Exhibit J pages 4-5 of 9).

17) Charlene Caple was issued a written warning for unacceptable personal conduct for unathorized use of force administered O/C pepper spray (see Clerk of Court for Exhibit J page 8 of 9).

18) Authorites from NCDAC Incident Report stated all policies and procedures were not followed for this type of incident, see Clerk of Court for Exhibit K pages 4-5 of 10).

19) Camera footage from the night of 2-6-24 at Scotland CI was poorly distorted, and had large, missing time gaps (see Clerk of Court for Exhibit K page 10 of 10).

20) Jasmine Brewington denied any knowledge of what took place after Plaintiff was escorted to restrictive housing, but admitted (# 2, # 3, # 4 and # 5 of Exhibit O pages 1-2 of 4).

21) North Carolina Department of Justice declined to provide representation to Charlene Caple (see Clerk of Court for Exhibit M page 1-1).

22) Plaintiff Blanks was housed at the mental Health Block before assault JA-40 Blue unit A Block on 2-6-24 at 10:00pm, Scotland CI

23) Plaintiff Blanks was suffering from severe PTSD before the assault and after the assault on 2-6-24 at 10:00pm Scotland Correctional (See Clerk of Court for Exhibit I page 1-24).

24) Plaintiff Blanks was recovering from surgery when the assault occurred and was suffering from a number of mental health and medical conditions (See Clerk of Court for Exhibit I pages 1-24).

25) Caple, Ricks, Brewington and Sessoms all admitted, an officer is prohibited from using force solely as a result of verbal provocation (See Clerk of Court for Exhibit Q page 1 of 7, Exhibit T pages 1-2 of 6, Exhibit V page 1 of 4).

26) Investigator Brian Campbell stated in Charlene Caple dismissal letter, you (Caple) are expected and required to make judgment decisions that, not only comply with policy, but also consistent with and achieve the goals and mission of the agency and its duty to safeguard the public and the offenders in our care (See Clerk of Court for Exhibit J page 7 of 9, 4th paragraph).

27) Investigator Campbell also stated, with respect to Mr. Blanks, you (Caple) administered a burst of pepper spray at the offender when he was restrained in to his cell

and he did not otherwise pose a threat to himself or others. Force is not allowed to be used against a properly restrained Offender and the use of pepper spray on Blanks was not reasonably necessary to carry out a proper correctional objective (see Clerk of Court for Exhibit J page 7 of 9, 5th paragraph).

28) Investigator Campbell also stated you (Caple) further caused harm to the department's mission when you (Caple) failed to follow policy in administering the use of force (see Clerk of Court for Exhibit J page 8 of 9 2nd paragraph).

29) Charlene Caple kept Plaintiff's property for 2 days with medication from 2-6-24 to 2-14-24. Blue unit Assistant manager MS Jones got property back, when provider nurse Kelly Dennis requested my property with Diabetes, High Blood pressure, severe acid reflux, etc.

30) Jasmine Brewington admitted she had knowledge of incident outside Blue unit A Block in Admissions request.

31) Jessica Ricker admitted to pulling her spray can first, while Plaintiff was helpless and fully restrained in Statement of Witness

32) One of the Honorable, Equitable Departments goals and missions is to rehabilitate traumatized offenders.

33) Mr. Blanks always engaged in positive programs and classes inside the prison system. Plaintiff Blanks will be graducating from the 1st Jumpstart class at Eastern CI on Jan. 13, 2026.

34) Mr. Blanks recently finished his HRD Human Resource Development curriculum on Oct 8, 2025.

35) Mr. Blanks was the only student left, out of 12 students in the beginning of class, at Eastern CI on Oct 8. 2025

36) Passed his CRC test "Career Readiness Certificate", at the Bronze level, (registered Certificate # GYPG60NSYKC9) issue date: (11-1-25).

37) Mr. Blanks have completed Anger management and "Goals (Smart)" in ms Spencers classes at Eastern CI.

38) mr. Blanks is one more test away from earning his Hiset Diploma. in GED class (Full time) at Eastern CI.

39. Plaintiff Blanks has been infraction free for 16 months at Eastern CI.

40) Plaintiff Blanks have minimum level points (9).

In the event that the response is not filed and served within the time provided by the Honorable, Equitable District Courts rules Plaintiff Blanks respectfully ask that the Honorable, Equitable District Court deems the response timely in the interest of Justice.

Respectfully submitted on 12-25 day of November 2025

[signature] #1672948

Plaintiff pro se #1672948
Tim C. Blanks prose #1672948
Eastern Correctional
P.O. Box 215
Maury NC 28554

United States District Court
Middle District of North Carolina
Case no 1:24-CV-00586-CCE-JEP

Certificate of Service

I hereby certify that on 11-25-25 I served the foregoing, "Plaintiffs motion For Statements of Undisputed Facts." upon all counsel and parties listed below by delivery the same to officials at Bailey & Dixon LLP and N.C. Department of Justice for placement in the United States Mail postage prepaid:

Charlene Caple
Bailey & Dixon LLP
Richard A. Paschal
434 Fayetteville Street, suite 2500
Raleigh NC, 27601

Jessica Ricller
Jasmine Brewington
Angela Sessoms
N.C. Department of Justice
Tanner J. Ray
P.O. Box 629
Raleigh NC, 27602

Date 11-25-25

[signature] #1672946
Tim Blanks #1672946



1061

United States District Court
Middle District of North Carolina
Case no 1:24-cv-00588-CCE-JEP

Verification

I declare under penalty of perjury that the foregoing is true and exact to the best of my knowledge.

11-24-25

Date

Plaintiff pro se

Sworn to and subscribed before me this 24 day of November 2025

FAE EDWARDS
My Commission Expires
NOTARY PUBLIC
02-20-30
LENOIR COUNTY, NC

Notary Public

My Commission Expires: 02-20-30



1 of 1