| | |
|---|---|
| TIM CAESAR BLANKS,<br><br>                    Plaintiff,<br><br>v.<br><br>SGT. CAPEL et al.,<br><br>                 Defendants. | **MOTION FOR LEAVE<br>TO WITHDRAW AS COUNSEL<br>FOR DEFENDANT CAPLE** |

RICHARD A. PASCHAL, Bailey & Dixon LLP, counsel of record for Defendant CHARLENE NICOLE CAPLE ("Defendant Caple"), respectfully moves this Court for leave to withdraw as counsel for Defendant Caple in the above-captioned matter. In support of this Motion, undersigned counsel states as follows:

1. On July 11, 2024, Plaintiff Timothy Caesar Blanks ("Plaintiff") filed a Complaint in this action. [D.E. 2]

2. On April 18, 2025, Defendant Caple, *pro se*, filed a Motion for Extension of Time to Respond or Answer the Complaint. [D.E. 26]

3. On April 24, 2025, this Court granted Defendant Caple an extension of time to answer Complaint and directed Assistant Attorney General Ray, counsel of record for defendants

Brewington and Rickers (and, later, Sessoms), to determine whether the North Carolina Department of Justice ("NCDOJ") would be providing representation of Defendant Caple under the Defense of State Employees Act. [D.E. 27]

4. On April 25, 2025, Assistant Attorney General Ray informed the Court that NCDOJ declined to provide representation for Defendant Caple under the Defense of State Employees Act. [D.E. 28]

5. On April 20, 2025, an Attorney-Client Retainer Agreement was signed by undersigned counsel and Defendant Caple limited to the representation of Defendant Caple in responding to Plaintiff's Complaint.

6. Pursuant to that Attorney-Client Retainer Agreement, Defendant Caple deposited a $5,000.00 retainer with Bailey & Dixon LLP.

7. On June 17, 2025, Defendant Caple answered Complaint. [D.E. 36]

8. On October 21, 2025, a second Attorney-Client Retainer Agreement was signed by undersigned counsel and Defendant Caple limited to the filing of Defendant Caple's Motion for Summary Judgment in the above-captioned action.

9. The October 21, 2025 Attorney-Client Retainer Agreement

provided: "Client will be billed on a month-to-month basis as fees and charges are incurred based upon the amount of time expended by members of the firm, in accordance with the rates outlined in **EXHIBIT A**, which is attached to this Agreement and incorporated herein by reference. Client agrees to pay these month-to-month fees and charges within sixty (60) days of billing as provided in Item 7 below. If month-to-month fees and charges are not paid within ninety (90) days of billing, Attorneys in their discretion may withdraw and terminate their representation of Client."

10. On November 6, 2025, Plaintiff filed a Motion for Summary Judgment. [D.E. 60] Plaintiff filed "Plaintiff's Brief in Support of Plaintiff's Motion for Summary Judgment" on November 12, 2025. [D.E. 69]

11. On November 7, 2025, Defendant Caple filed a Motion for Summary Judgment [D.E. 61] and a Memorandum in Support of Motion for Summary Judgment. [D.E. 62]

12. On December 6, 2025, Defendant Caple filed a Response in Opposition to Plaintiff's Motion for Summary Judgment. [D.E. 75]

13. On December 10, 2025, Defendant Caple filed a Reply to

Plaintiff's Opposition to Defendant Caple's Motion for Summary Judgment. [D.E. 78]

14. On July 24, 2026, an Order, Memorandum Opinion, and Recommendation United States Magistrate Judge was entered in this action. [D.E. 81] The Magistrate Judge recommended that Defendant Caple's Motion for Summary Judgment be granted in part and denied in part.

15. On August 7, 2026, Defendant Caple filed Objections to Magistrate Judge's Order and Recommendations. [D.E. 86]

16. To date, Defendant Caple has not paid any of the legal bills incurred since entering into the October 21, 2025 Attorney-Client Retainer Agreement. On February 6, 2026, Defendant Caple was e-mailed legal bills totaling $6,735.00. This amount remains outstanding.

17. Defendant Caple has communicated to undersigned counsel that she is not currently able to pay her legal bills.

18. 27 N.C.A.C. Rule 1.16(b) states in pertinent part that a lawyer may withdraw from representing a client if "the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services" and if "the representation will result in an unreasonable financial burden on the lawyer or has been

rendered unreasonably difficult by the client."

19. Undersigned counsel e-mailed Assistant Attorney General Ray to ask if he would consent to this Motion for Leave to Withdraw as Counsel and Assistant Attorney General Ray graciously gave his consent to this motion.

20. Since Plaintiff is incarcerated, undersigned counsel has not contacted Plaintiff regarding this motion and is unable to advise the Court as to Plaintiff's position regarding this motion or the relief sought herein.

21. Undersigned counsel respectfully suggests that Plaintiff will not be prejudiced by the requested withdrawal of undersigned counsel.

22. Given that Defendant Caple is currently unable to pay her legal bills and given that the October 21, 2025 Attorney-Client Retainer Agreement was limited to the filing of a motion for summary judgment, undersigned counsel seeks leave to withdraw as counsel of record for Defendant Caple in this matter.

WHEREFORE, for the reasons set forth above, undersigned counsel respectfully prays the Court that this Motion for Leave to Withdraw as Counsel for Defendant Caple be granted.

Respectfully submitted this the 8th day of August, 2025.

BAILEY & DIXON, LLP

By:   /s/ Richard A. Paschal
      Richard A. Paschal
      N.C. State Bar No. 27300
      434 Fayetteville Street, Suite 2500
      Raleigh, North Carolina 27601
      Telephone: (919) 828-0731
      Facsimile: (919) 828-6592
      Email: rpaschal@bdixon.com
      *Attorneys for Defendant Caple*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this day, I electronically filed the foregoing

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT CAPLE** with the Clerk of the Court utilizing the CM/ECF system, which will serve:

> Tanner J. Ray
> Assistant Attorney General, Public Safety Section
> North Carolina Department of Justice
> 114 W. Edenton St., Raleigh, NC 27603
> Telephone: (919) 716-6540
> Email: tjray@ncdoj.gov
> *Attorney for Defendants Brewington, Ricker, and Sessoms*

And I further hereby certify that I will cause the same to be served upon Plaintiff, a non-CM/ECF participant, first-class United States Mail, postage prepaid, addressed as follows:

> Tim Caesar Blanks
> 1672948
> Eastern Correctional Institution
> P.O. Box 215
> Maury, NC 28554

This the 8th day of August, 2026.

/s/ Richard A. Paschal_____
Richard A. Paschal
Bailey & Dixon, LLP

2